UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ DARY HINESTROZA ARANGO,

                Petitioner,                                **REVISED SCHEDULING ORDER**

            - against -                                25-CV-6720 (RER)

KENNETH GENALO, TODD M. LYONS,
KRISTI NOEM, PAMELA BONDI,

                Respondents.
------------------------------------------------------------X

**RAMÓN E. REYES, JR., District Judge:**

Given the admission that Respondents violated this Court's December 5, 2025, Scheduling Order, even if "inadvertently," (ECF No. 11-1 ¶¶ 7, 13), and notwithstanding Respondents' assurances that they will rectify that violation and return Petitioner to the District of New Jersey on December 11, 2025, (ECF No. 11-1 ¶ 12), the Court believes the hearing on Petitioner's petition for a writ of habeas corpus should be expedited. Accordingly, the Court amends the prior Scheduling Order as follows:

**The Court will hold a hearing on the petition on December 15, 2025, at 11 AM in Courtroom 2E North, Theodore Roosevelt Courthouse, 225 Cadman Plaza East, Brooklyn New York 11201.**

Respondents shall provide a written response to Petitioner's petition, and documentation relating to the following, by December 12, 2025:

1. The issuance of a "Notice to Appear" (NTA) related to a removal process related to the Petitioner;

2. Any arrest warrant (I-200) issued for the Petitioner's apprehension;

3. Any individualized custody determination relating to Petitioner made by an Immigration and Customs Enforcement officer prior to or contemporaneously with her arrest;

4. Any "Notice of Custody Determination" that had been prepared by DHS and/or provided to Petitioner; and

5. Whether any such detention determination was made as a matter of discretion, or part of a mandatory policy and what factors were considered in reaching the result.

See *Gopie v. Lyons*, No. 25-CV-05229 (SJB), 2025 WL 3167130, (E.D.N.Y. Nov. 13, 2025); *Clarke v. Nassau Cnty. Corr. Ctr. et al*, No. 25-CV-06773 (GRB), ECF No. 7 (E.D.N.Y. Dec. 9, 2025).

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
Ramón E. Reyes, Jr.
United States District Judge

Dated: December 10, 2025
      Brooklyn, New York