UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Luz Dary Hinestroza Arango,**

                                                                    O R D E R

                                   Petitioner,

                                                                   25-CV-06720 (RER)

   -against-

**Kenneth Genalo, et al.**,

                                   Respondent.
-----------------------------------------------------------X
REYES, District Judge.

    For the reasons stated on the record at the 12/15/2025 hearing, the petition for writ of habeas corpus [1] is granted. Petitioner is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on December 16, 2025**. A written explanation of the Court's reasoning will follow.

SO ORDERED.
Dated:  Brooklyn, New York
        December 15, 2025

                                                                /s/ Ramón E. Reyes, Jr.
                                                                U.S. District Judge, EDNY