# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date: 12/15/2025**     **Time in Court: 74 minutes**

**Docket Number: 25-cv-6720**

**Case Title: Hinestroza Arango v. Genalo et al**

**Court Reporter: Anthony Frisolone**     **Time Log: N/A**

**Law Clerk: KP**

**Plaintiff(s)/Petitioner represented by:**

S. Michael Musa-Obregon and Peter Kapitonov

**Defendant(s)/Respondent represented by:**

Richard K. Hayes

**Type of Hearing Held: Hearing on Petition for Writ of Habeas Corpus**

**Pending Motion(s): Motion for a temporary restraining order [2]**

**TEXT:**

Case called. S. Michael Musa-Obregon and Peter Kapitonov appeared on behalf of the Petitioner. Richard K. Hayes appeared on behalf of the Respondents. Hearing held regarding Petitioner's petition for writ of habeas corpus [1]. The petition is granted, with a written explanation to follow. Petitioner's motion for a temporary restraining order [2] is dismissed as moot. The hearing scheduled for 12/29/2025 is cancelled.

Contact the Court Reporter Anthony Frisolone at (718) 613-2487 to order the transcript.