**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------X**

Luz Dary Hinestroza Arango,

Petitioner,

- against -

Kenneth Genalo; Todd M. Lyons; Kristi Noem; and Pamela Bondi,

Respondents.

--------------------------------------------------------------X

**ORDER**

No. 25-CV-06720 (RER)

**RAMÓN E. REYES, JR., District Judge:**

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: February 12, 2026
Brooklyn, New York